AO 442 (Rev. 11/11) Arrest Warrant

FIO # 9608017

# UNITED STATES DISTRICT COURT

2019 JUN 17 AM 11:20 for the

Middle District of Florida

| United States of America | ) | |
| v. | ) | |
| | ) | Case No. 6:14-cr-199-Orl-37GJK |
| | ) | |
| | ) | |
| | ) | |
| Dave Stephen Alfred | ) | |
| *Defendant* | | |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Dave Stephen Alfred ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint

☐ Probation Violation Petition   ☒ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

See attached Petition.

Date: 4-24-2019

Issuing officer's signature

City and state: Orlando, FL

Kim Anderson Deputy Clerk
*Printed name and title*

### Return

This warrant was received on *(date)* 4-24-19, and the person was arrested on *(date)* 6-14-19
at *(city and state)* _____ .

Date: 6-14-19

Arresting officer's signature

J. FISCHER, DUSM
*Printed name and title*